In the Matter of RAYMOND M. FISHER, Appellant, against NEW YORK STATE EMPLOYEES' RETIREMENT SYSTEM et al., Respondents.

Argued November 21, 1952; decided January 15, 1953.

900

*John T. De Graff* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Edward L. ·Ryan* and *Wendell P. Brown* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.